AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxxxxxxxxxxxxxxxxxx
Washington, D.C.  20019

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Darin W. Ramsey                     being duly sworn depose and say:

I am a(n)   Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives     and have reason to believe
                  (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

xxxxxxxxxxxxxxxxxxxx Washington, D.C. 20019, which is further
described in the attached affidavit, which is incorporated by reference,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

see Attachment A and the affidavit in support of this search warrant, which is incorporated by reference,

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence of a crime

concerning a violation of Title  21  United States Code, Section(s) 841(a) and 846 .  The facts to support a finding of Probable Cause are as follows:
SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.         ☒ YES    ☐ NO

William J. O'Malley
OCNT/Room 4810
(202) 305-1749

Signature of Affiant
Darin W. Ramsey, Special Agent
Bureau of Alcohol, Tobacco & Firearms

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

Name and Title of Judicial Officer            Signature of Judicial Officer