AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1119 Chaplin Street, SE
Washington, D.C. 20019

**SEARCH WARRANT**

CASE NUMBER: 05-0545M-01

TO: __Darin W. Ramsey__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Darin W. Ramsey_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1119 Chaplin Street, SE Washington, D.C. 20019, which is further described in the attached affidavit, which is incorporated by reference,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

see Attachment A and the affidavit in support of this search warrant, which is incorporated by reference,

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _October 30, 2005_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

10/20/05 @ 5:00 pm                    at Washington, D.C.
Date and Time Issued

Deborah A. Robinson
United States Magistrate Judge

Name and Title of Judicial Officer            Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/20/05 | 10/26/05 10:20 AM | Eva Warren |

INVENTORY MADE IN THE PRESENCE OF   SA Josh Valot

### INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Glock model 17 pistol
miscellaneous documents
wallet of Tiffany Russell
Ammunition
(3) disposable cameras
Marijuana
photographs
Dell Laptop Computer
HP Desktop Computer
(1) Kodak digital camera

FILED
NOV 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or U.S. Magistrate Judge        11-01-05
                                            Date